IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AHMED AL-MENHALI, et al. | ) | |
| | ) | CASE NO: 1:17-CV-1089 |
| Plaintiffs, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| -vs- | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL INC, | ) | **NOTICE OF FILING DEPOSITION** |
| et. al., | ) | **TRANSCRIPT OF ALEXIS SILVA** |
| | ) | |
| Defendants. | ) | |

Plaintiffs, through counsel, hereby give notice of the filing with the Clerk of the United

States District Court, Northern District of Ohio, the transcript of the deposition of Alexis Silva,

with Plaintiffs' Deposition Exhibits 1, 2 and 3, in support of Plaintiffs' Opposition to

Defendants' Motions for Summary Judgment.


Respectfully submitted,

FRIEDMAN & GILBERT



*/s/ Sarah Gelsomino*
SARAH GELSOMINO (0084340)
TERRY H. GILBERT (0021948)
JACQUELINE C. GREENE (0092733)
55 Public Square, Suite 1055
Cleveland, OH 44113-1901
Tel: (216) 241-1430
Fax: (216) 621-0427
Email: tgilbert@f-glaw.com
        sgelsomino@f-glaw.com
        jgreene@f-glaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sarah Gelsomino
SARAH GELSOMINO
One of the Attorneys for Plaintiffs