UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AL-MENHALI, *et al.*, | ) | Case No.: 1:17 CV 1089 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| MARRIOTT INTERNATIONAL INC, *et al.*, | ) | |
| | ) | ORDER |
| Defendant | ) | |

The above-captioned case was settled the morning of trial, September 11, 2019. The court extends the parties until November 7, 2019 to file a dismissal entry.

IT IS SO ORDERED.

                                                /s/*SOLOMON OLIVER, JR.*
                                                UNITED STATES DISTRICT JUDGE

October 29, 2019