IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AHMED AL-MENHALI, et al., | ) | CASE NO. 17-cv-01089-SO |
| Plaintiffs, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| -vs- | ) ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| MARRIOTT INTERNATIONAL INC., et al. | ) ) ) | **STIPULATION OF DISMISSAL** |
| Defendants. | ) ) ) | |

The parties hereby stipulate that all claims and cross-claims are settled and dismissed with prejudice.

Costs to be paid by Defendant Inn on Rivers Edge, LP as indicated on the court record on September 11, 2019. The court retains jurisdiction to enforce the settlement.

/s/ Sarah J. Gelsomino
SARAH J. GELSOMINO (0084340)
Friedman & Gilbert
Suite 1055, 55 Public Square
Cleveland, OH 44113
E-mail: sgelsomino@f-glaw.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
11/7/2019

/s/ Kristen E. Campbell Traub
KRISTEN E. CAMPBELL TRAUB (0066452)
Pelini, Campbell & Williams, LLC
8040 Cleveland Avenue, N.W. – Suite 400
North Canton, OH 44720
Phone: (330) 305-6400; Fax: (330) 305-0042
E-mail: kec@pelini-law.com
*Attorneys for Defendants Alexis Silva and Laura Acton Bell*

/s/ Patrick M. Roche
PATRICK M. ROCHE (0071359)
Collins, Roche, Utley & Garner, LLC
875 Westpoint Drive, Suite 500
Cleveland, Ohio 44145
Phone: (216) 916-7730; Fax: (216) 916-7725
E-mail: pmroche@cruglaw.com
*Attorney for Defendants Marriott International, Inc., Marriott Hotel Services, Inn on the River's Edge, LP, Fairfield Inn & Suites Avon*